# JEFFREY G. PITTELL
### ATTORNEY AT LAW

**MAHER & PITTELL, LLP**
**299 East Shore Road**
**Great Neck, New York  11023**
*www.jpittell.com*

Tel  (516) 829-2299
Fax  (516) 977-3003
Email  *jp@jpittell.com*

September 23, 2014

Hon. Denis R. Hurley
US District Court
934 Federal Plaza
Central Islip, NY 11722

Re:  <u>USA v. Timothy Laskeris</u> 11 cr 0364

Dear Judge Hurley:

 I respectfully request the sentencing in this matter be adjourned to January 30, 2015 at 11 a.m.  I make this request as I am currently engaged in a trial expected to last until early November.  In addition, I seek additional time to prepare a sentencing submission on behalf of Mr. Laskaris.

 I have conferred with Government and they consent to this request.

        Respectfully submitted,
        /s/
        Jeffrey G. Pittell

cc: Allen Bode, AUSA